In re TRACHMAN. (Circuit Court of Appeals, Second Circuit. December 15, 1920.) No. 51. Petition to Revise Order of the District Court of the United States for the Southern District of New York. In the matter of Samuel Trachmand and others, copartners, etc., alleged bankrupts. Petition by Edward J. Ryan to revise an order of the District Court. Affirmed. Campbell, Flaherty, Turner & Strouse, of New York City (L. Goldstone and Louis H. Strouse, both of New York City, of counsel), for petitioners. Rosenthal & Heermance, of New York City (Stephen Brooks Rosenthal, Clayton J. Heermance, and C. K. Allen, all of New York City, of counsel), for alleged bankrupts. Before ROGERS, HOUGH, and MANTON, Circuit Judges.

PER CURIAM. Decree affirmed.